Dear Clerk of Court,                                          3/12/08

On/about 2/27/08 A WRIT OF HABEAS LEFT THIS PRISON ENROUTE TO THIS COURT. I ATTEMPTED TO HAVE $5.00 SENT FROM MY ACCOUNT BUT THE TRUST OFFICE SENT THE ATTACHED FORM BACK -- I SENT THE FORM OFF TO THE COUNSELOR HERE -- BUT THE COUNSELOR VERY SELDOM ANSWERS OR ACTS ON INQUIRIES. WHEN SHE DOES IT'S OFTEN MONTHS LATER.

THIS IS TO PUT THIS COURT ON NOTICE THAT I AM AWARE OF THE $5.00 FILING FEE AND AM DOING WHAT I CAN TO HAVE IT SENT.

C08-1362 MJJ

**RECEIVED**

MAR 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# Memorandum

Date: *3-5-08*

To: *Inmate Motley. 56441 Lev 2 649u*

From: TRUST OFFICE

Subject: CORRECTIONS NEEDED FOR TRUST DOCUMENTS

The attached article is being returned to you for the following reason(s):

☒ Trust Withdrawal Order not approved *by your Counselor*

☐ Needs Trust Withdrawal Order for $3.00 CDC Filing Fee

☐ Non-Sufficient Funds (NSF)

☐ Needs Trust Withdrawal Order for Postage

☐ Trust Withdrawal order not complete

☐ Reason:_____

_____

☐ Envelope not attached

☐ Envelope does not have postage (indigent envelopes are not accepted)

☐ Trust Withdrawal Order needs approval from high authority

☐ Other:_____

_____

Thank you,

Trust Office