FILED
08 MAR 20 PM 2: 15

[Clerk stamp, U.S. District Court, Northern District of California]

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDWARD E. MOTLEY, Plaintiff,

vs.

W. J. SULLIVAN (WARDEN), Defendant.

CASE NO. CV 08 _____

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

JF

(PR)

I, Edward E. Motley, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___N/A___  Net: ___N/A___

Employer: ___N/A___

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  "NEVER EMPLOYED"
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.  Business, Profession or          Yes ___ No ✓
10         self employment
11     b.  Income from stocks, bonds,        Yes ___ No ✓
12         or royalties?
13     c.  Rent payments?                     Yes ___ No ✓
14     d.  Pensions, annuities, or            Yes ___ No ✓
15         life insurance payments?
16     e.  Federal or State welfare payments, Yes ___ No ✓
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21                       N/A
22 _____

23 3.  Are you married?                     Yes ___ No ✓
24 Spouse's Full Name: _____N/A_____
25 Spouse's Place of Employment: _____N/A_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____N/A_____ Net $_____N/A_____
28 4.  a.  List amount you contribute to your spouse's support: $ _____N/A_____

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ N/A _____

_____

5.  Do you own or are you buying a home?          Yes ___  No ✓
Estimated Market Value: $____N/A____ Amount of Mortgage: $____N/A____

6.  Do you own an automobile?                     Yes ___  No ✓
Make ____N/A____ Year ____N/A____ Model ____N/A____
Is it financed? Yes __N/A__ No __N/A__ If so, Total due: $ ____N/A____
Monthly Payment: $ ____N/A____

7.  Do you have a bank account? Yes ___ No ✓ (Do <u>not</u> include account numbers.)
Name(s) and address(es) of bank: ____N/A____

_____

Present balance(s): $ ____N/A____
Do you own any cash? Yes ___ No ___ Amount: $ ____N/A____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓
_____ N/A _____

8.  What are your monthly expenses?
Rent: $ ____N/A____ Utilities: ____N/A____
Food: $ ____N/A____ Clothing: ____N/A____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ ____N/A____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/16/08                     *Edward C. [signature]*
DATE                        SIGNATURE OF APPLICANT

Case Number: 1362

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **EDWARD MOTLEY** for the last six months
[prisoner name]
**CCI - TEHACHAPI** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _____

_____
[Authorized officer of the institution]

↑                    ↑

SEE ATTACHED
TRUST ACCOUNT STATEMENT

```
REPORT ID: TS3030 .701                CALIFORNIA DEPARTMENT OF CORRECTIONS                REPORT DATE: 02/28/08
                                      CALIF CORRECTIONAL INSTITUTION                      PAGE NO:           1
                                      INMATE TRUST ACCOUNTING SYSTEM
                                      INMATE TRUST ACCOUNT STATEMENT

                                      FOR THE PERIOD: SEP. 01, 2007 THRU FEB. 28, 2008

ACCOUNT NUMBER : H56441                                         BED/CELL NUMBER: 4A2C000000001l0U
ACCOUNT NAME   : MOTLEY, EDWARD                                 ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

  DATE   TRAN                                                                                      BALANCE
         CODE  DESCRIPTION        COMMENT         CHECK NUM   DEPOSITS      WITHDRAWALS

09/01/2007    BEGINNING BALANCE                                                                      88.63

09/12  W512  LEGAL POSTAGE        1762LEGPOS                                   0.90                  87.73
09/13  D300  CASH DEPOSIT         1805MR659                      70.00                              157.73
09/13  D300  CASH DEPOSIT         1805MR659                      40.00                              197.73
09/17  FC04  DRAW-FAC 4           -4-2-1854                                  180.00                  17.73
09/25  D300  CASH DEPOSIT         2053MR684                      25.00                               42.73
09/25  D300  CASH DEPOSIT         2483MR707                      25.00                               67.73
11/01  FR01  CANTEEN RETUR        702534                                       3.93-                 71.66
11/15  FC04  DRAW-FAC 4           4-2-2546                                    50.00                  21.66
11/26  D300  CASH DEPOSIT         2813MRL744                    100.00                              121.66
11/09  FR01  CANTEEN RETUR        703121                                      50.00-                171.66
12/13  FC04  DRAW-FAC 4           4-2-3170                                    85.00                  86.66
12/11  FC04  DRAW-FAC 4           4-2-3778                                    86.66                   0.00

ACTIVITY FOR 2008

01/03  D300  CASH DEPOSIT         4295MR898                      50.00                               50.00
01/15  FC04  DRAW-FAC 4           -4-2-4600                                   48.86                   1.14
01/23  W512  LEGAL POSTAGE        4767LEGPOS                                   1.14                   0.00
02/11  FR01  CANTEEN RETUR        705390                                      48.86-                 48.86
02/19  FC04  DRAW-FAC 4           4-2-5403                                    43.66                   5.20
02/22  W512  LEGAL POSTAGE        5523LEGPOS                                   4.60                   0.60
02/26  D340  EFT DEPOSIT          5573JPAY                       30.00                               30.60
02/26  W512  LEGAL POSTAGE        5620LEGPOS                                   0.60                  30.00

                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL        TOTAL       CURRENT      HOLDS        TRANSACTIONS
   BALANCE     DEPOSITS    WITHDRAWALS    BALANCE     BALANCE        TO BE POSTED
  ---------    --------    -----------    --------    --------      ------------
     88.63      340.00        398.63       30.00        0.00            0.00

                                             CURRENT
                                            AVAILABLE
                                             BALANCE
                                            ---------
                                              30.00
```

```
REPORT ID: TS3030  .701                                              REPORT DATE: 02/28/08
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CALIF CORRECTIONAL INSTITUTION
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: SEP. 01, 2007 THRU FEB. 28, 2008


              TOTAL NUMBER OF STATEMENTS PRINTED:                    1
           TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:          30.00
```

CLERK OF COURT,                                    3/16/08

GREETINGS. I HAVE ENCLOSED THE IN FORMA PAUPERIS FORM YOU SENT ALONG WITH A CERTIFIED TRUST ACCOUNT STATEMENT THE TRUST OFFICE SENT WHEN THEY TOLD ME TO GET PERMISSION FROM MY COUNSELOR. I EXPLAINED THIS IN A LETTER ADDRESSED TO YOU ON 3/13/08. I CAN AFFORD THE $5.00 FILING FEE BUT I'M HAVING DIFFICULTIES WITH THE TRUST OFFICE STAFF MEMBERS WITH THIS FILING FEE AND AN UNRELATED ONE AS WELL.

I HAVE FILLED OUT THE IN FORMA PAUPERIS FORM, IN THE MEANTIME PERHAPS YOU CAN ARRANGE FOR THE $5.00 TO BE WITHDRAWN AT A LATER DATE?

RESPECTFULLY,
Edward E. Motley

EDWARD MOTLEY #H50441
CALIFORNIA CORRECTIONAL INSTITUTION
P.O. BOX-1902 (4A-3C-110)
TEHACHAPI, CA 93581

"LEGAL MAIL"

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680