CASE# CV 08-01362 MJJ
EDWARD MOTLEY V. W.J. SULLIVAN
CLERK OF COURT,   IS (4-7-08)

   I AM CONTACTING YOU REGARDING THE $5.00 FILING FEE CONCERNING THE MATTER ABOVE. ENCLOSED IS THE RESULT OF THE SECOND ATTEMPT TO COMPLY. AS I'VE EXPLAINED IN A LETTER TO THE CLERK OF COURT (FORWARDED ON OR ABOUT 3/16/08) THE PRISON STAFF IN TRUST, THE MAILROOM, AND THE COUNSELORS OR VERY UNCOOPERATIVE. THIS PRISON IS CURRENTLY UNDER A STATE OF EMERGENCY, WHICH WILL ONLY MAKE THINGS MORE DIFFICULT. I'VE DONE ALL I CAN TO BE IN COMPLIANCE WITH THE COURT.

   I ONLY WISH TO SUBMIT MY WRIT OF HABEAS CORPUS -- IF THERE IS ANYTHING MORE REQUIRED OF ME PLEASE LET ME KNOW.

                     SINCERELY,
                     Edward E. Motley
                     4-7-08

[FILED APR 10 2008 — RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

# Memorandum

Date: 4-3-08

To: H 56441- Motley - 4A-2C-1/10U

From: TRUST OFFICE

Subject: CORRECTIONS NEEDED FOR TRUST DOCUMENTS

The attached article is being returned to you for the following reason(s):

- ☐ Trust Withdrawal Order not approved

- ☐ Needs Trust Withdrawal Order for $3.00 CDC Filing Fee

- ☒ Non-Sufficient Funds (NSF)

- ☐ Needs Trust Withdrawal Order for Postage

- ☐ Trust Withdrawal order not complete

- ☐ Reason:_____

- ☐ Envelope not attached

- ☐ Envelope does not have postage (indigent envelopes are not accepted)

- ☐ Trust Withdrawal Order needs approval from high authority

- ☐ Other:_____

Thank you,

Trust Office

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS
CDC - 193 (1/88)

# TRUST ACCOUNT WITHDRAWAL ORDER

Date FEB. 27, 2008

To: Warden                    Approved ..................................

I hereby request that my Trust Account be charged $ 5.00 for the purpose stated below and authorize the withdrawal of that sum from my account:

H-56441
NUMBER

Ed. Ed. Motley
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PRINT PLAINLY BELOW (name and address of person to whom check is to be mailed.

PURPOSE $5.00 FILING FEE FOR HABEAS CORPUS - PAYABLE TO COURT.

NAME U.S. COURTHOUSE - FEDERAL
ADDRESS BUILDING/450 GOLDEN GATE AVE./SAN FRANCISCO, CA. 94102

Edward Motley
PRINT YOUR FULL NAME HERE